United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Keith David Dumont  
    Debtor

Case No. 24-01464-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jul 11, 2024      Form ID: ntnew341      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keith David Dumont, 436 C Street, Carlisle, PA 17013-1833 |
| 5623767 | + | Blue Mountain Anesthesia Group c/o, National Recovery Agency 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5623772 | + | Edmund Oil, 501 Shatto Drive, Carlisle, PA 17013-2108 |
| 5623764 | + | Erik M. Helbing, 109 West Broad Street, Tamaqua, PA 18252-1916 |
| 5623777 | + | Lendmark Financial, 1075 Harrisburg Pike Suit 102, Carlisle, PA 17013-1689 |
| 5623778 | + | Mariner Finance, 40 Noble Blvd Suit 22, Carlisle, PA 17013-4122 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 11 2024 18:46:46 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5623765 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 11 2024 18:40:00 | Ally Bank, Detroit Center 500 Woodward Ave, Deroit, MI 48226-3416 |
| 5624363 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 11 2024 18:46:56 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5623766 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 11 2024 18:40:00 | Ally Financial, P.O. BOX 380901, Minneapolis, MN 55438-0901 |
| 5623769 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 11 2024 18:46:56 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5623768 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 11 2024 18:46:49 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 5627353 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 11 2024 18:46:37 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5623771 | + | Email/Text: documentfiling@lciinc.com | Jul 11 2024 18:40:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 5623773 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 11 2024 18:40:00 | Internal Revenue Service, Bankruptcy Notices P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5623774 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 11 2024 18:40:00 | Jefferson Capital System, 200 14th Ave, Sartell, MN 56377-4500 |
| 5623775 | ^ | MEBN | Jul 11 2024 18:34:28 | KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 5623776 | | Email/Text: bk@lendmarkfinancial.com | Jul 11 2024 18:40:00 | Lendmark, 2118 Usher St, Covington, GA 30014 |
| 5623779 | + | Email/PDF: cbp@omf.com | Jul 11 2024 18:46:56 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5629075 | + | Email/PDF: cbp@omf.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Jul 11 2024 18:46:49 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5623780 | ^ | MEBN | Jul 11 2024 18:34:21 | Prestige, 351 West Opportunity Way, Draper, UT 84020-1399 |
| 5623781 | ^ | MEBN | Jul 11 2024 18:34:21 | Prestige Financial, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 5624409 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2024 18:46:34 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5623782 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 11 2024 18:41:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5623783 | ^ | MEBN | Jul 11 2024 18:34:41 | UPMC, PO BOX 2353, Harrisburg, PA 17105-2353 |
| 5623784 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 11 2024 18:40:00 | Webbank Fingerhut, 13300 Poineer Trail, Eden Prairie, MN 55347-4120 |
| 5623785 | + | Email/Text: documentfiling@lciinc.com | Jul 11 2024 18:40:00 | Xfinity, 676 Island Pond Rd, Manchester, NH 03109-5420 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5623770 | | Capital One |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brent J Lemon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 blemon@kmllawgroup.com |
| Erik Mark Helbing | on behalf of Debtor 1 Keith David Dumont ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com;helbing.erikb132500@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Keith David Dumont,   Chapter   13

**Debtor 1**

Case No.   1:24−bk−01464−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: August 15, 2024<br><br>Time: 11:00 AM |
| --- | --- |

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JenniferMiscevich, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 11, 2024 |

ntnew341 (09/23)