# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  Keith D. Dumont                              Case No.   1:24-bk-1464
                         Debtor(s)                  Chapter    13

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, _Keith D. Dumont_, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☒ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  July 26, 2024            Signature  /s/ Keith D. Dumont
                                          Keith D. Dumont
                                          Debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# UNFI
**BETTER FOOD. BETTER FUTURE.**

United Natural Foods, Inc.
1 Albion Rd. Lincoln, RI 02865

**Keith D Dumont**
436 C Street
Carlisle, PA 17013

SSN: XXX-XX-7782

Phone: 800/969-9688

| | |
|---|---|
| Pay Group: | DHN-460 - Dist Hrly Non-Exempt |
| Pay Begin Date: | 05/26/2024 |
| Pay End Date: | 06/01/2024 |
| Employee ID: | ●●●706 |
| Department: | 0001050361-Transportn |
| Location: | 37811-UNFI - Yor |
| Pay Rate: | $30.500000 Hourly |

| | |
|---|---|
| Business Unit: | SCMFL |
| Advice #: | ●●●●99720 |
| Advice Date: | 06/07/2024 |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 3 | N/A |
| Percent: | N/A | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Drivers | 30.500000 | 40.00 | 1,220.00 | 915.80 | 27,811.91 |
| Overtime Rate @ 1.5x | 46.117101 | 17.25 | 795.52 | 326.79 | 15,002.25 |
| Expense Per Diem | | | 65.00 | | 1,165.00 |
| Premium @ $3.50 | 3.500000 | 1.65 | 5.78 | 31.98 | 111.96 |
| Premium @ $5.25 | 5.250000 | 6.90 | 36.23 | 123.13 | 646.44 |
| National Holiday | 30.500000 | 10.00 | 305.00 | 30.00 | 905.00 |
| Cell Phone Expense | | | 0.00 | | 125.00 |
| DC Success Sharing Plan | | | 0.00 | | 269.74 |
| On Call - Dollars | | | 0.00 | | 50.00 |
| PTO Hourly | | | 0.00 | 110.38 | 3,366.59 |
| **Total:** | | **57.25** | **2,427.53** | | **49,453.89** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 181.71 | 3,471.79 |
| Fed MED/EE | 31.21 | 628.39 |
| Fed OASDI/EE | 133.44 | 2,686.92 |
| PA Unempl EE | 1.65 | 33.71 |
| PA Withholdng | 66.01 | 1,328.99 |
| PA CONEWAGO TWP WH | 34.40 | 692.61 |
| PA LS | 1.00 | 23.00 |
| **Total:** | **449.42** | **8,865.41** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 180.78 | 4,148.04 |
| Dental Before Tax | 13.84 | 317.61 |
| Vision Before Tax | 7.78 | 178.94 |
| Tobacco EE Pre-Tax Ded | 10.00 | 230.00 |
| **Total:** | **212.40** | **4,874.59** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 358.54 | 8,230.61 |
| Dental Before Tax | 11.05 | 254.87 |
| Employee Assistance Program | 0.22 | 5.06 |
| Basic Life Insurance | 1.42 | 32.54 |
| Basic Life Insurance* | 2.13 | 48.09 |
| Basic AD&D | 0.22 | 5.06 |
| * Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Optional Term Life-Associate | 30.77 | 640.97 |
| Optional Term Life Children | 0.28 | 6.44 |
| Optional AD&D | 2.36 | 54.04 |
| Optional Term Life Spouse | 5.63 | 129.49 |
| Long Term Disability | 7.75 | 172.95 |
| **Total:** | **46.79** | **1,003.89** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,427.53 | 2,152.26 | 449.42 | 259.19 | 1,718.92 |
| YTD: | 49,453.89 | 43,337.39 | 8,865.41 | 5,878.48 | 34,710.00 |

## PAID TIME OFF BALANCE INFORMATION

| Balance Type | Earned | Available | Taken |
|---|---|---|---|
| Paid Time Off | 36.88 | 22.42 | 25.00 |
| Floating Holiday | 10.00 | | 10.00 |

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXXX153 | 1,718.92 |
| **Total:** | | **1,718.92** |



**United Natural Foods, Inc.**
1 Albion Rd, Lincoln, RI 02865

Phone: 800/969-9688

| | |
|---|---|
| Pay Group: | DHN-460 - Dist Hrly Non-Exempt |
| Pay Begin Date: | 05/19/2024 |
| Pay End Date: | 05/25/2024 |

| | |
|---|---|
| Business Unit: | SCMFL |
| Advice #: | ████████████667 |
| Advice Date: | 05/31/2024 |

Keith D Dumont
436 C Street
Carlisle, PA 17013

SSN: XXX-XX-7782

| | |
|---|---|
| Employee ID: | ██1706 |
| Department: | 0001050361-Transportn |
| Location: | 37811-UNFI - Yor |
| Pay Rate: | $30.500000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 3 | N/A |
| Percent: | N/A | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Drivers | 30.500000 | 40.00 | 1,220.00 | 875.80 | 26,591.91 |
| Overtime Rate @ 1.5x | 46.102158 | 13.90 | 640.82 | 309.54 | 14,206.73 |
| PTO Hourly | 30.500000 | 25.00 | 762.50 | 110.38 | 3,366.59 |
| Expense Per Diem | | | 50.00 | | 1,100.00 |
| Premium @ $5.25 | 5.250000 | 7.23 | 37.96 | 116.23 | 610.21 |
| Cell Phone Expense | | | 0.00 | | 125.00 |
| DC Success Sharing Plan | | | 0.00 | | 269.74 |
| National Holiday | | | 0.00 | 20.00 | 600.00 |
| On Call - Dollars | | | 0.00 | | 50.00 |
| Premium @ $3.50 | | | 0.00 | 30.33 | 106.18 |
| Total: | | 53.90 | 2,711.28 | | 47,026.36 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 224.95 | 3,290.08 |
| Fed MED/EE | 35.54 | 597.18 |
| Fed OASDI/EE | 151.96 | 2,553.48 |
| PA Unempl EE | 1.86 | 32.06 |
| PA Withholdng | 75.18 | 1,262.98 |
| PA CONEWAGO TWP WH | 39.18 | 658.21 |
| PA LS | 1.00 | 22.00 |
| Total: | 529.67 | 8,415.99 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 180.78 | 3,967.26 |
| Dental Before Tax | 13.84 | 303.77 |
| Vision Before Tax | 7.78 | 171.16 |
| Tobacco EE Pre-Tax Ded | 10.00 | 220.00 |
| Total: | 212.40 | 4,662.19 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 358.54 | 7,872.07 |
| Dental Before Tax | 11.05 | 243.82 |
| Employee Assistance Program | 0.22 | 4.84 |
| Basic Life Insurance | 1.42 | 31.12 |
| Basic Life Insurance* | 2.13 | 45.96 |
| Basic AD&D | 0.22 | 4.84 |
| * Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Optional Term Life-Associate | 30.77 | 610.20 |
| Optional Term Life Children | 0.28 | 6.16 |
| Optional AD&D | 2.36 | 51.68 |
| Optional Term Life Spouse | 5.63 | 123.86 |
| Long Term Disability | 7.75 | 165.20 |
| Total: | 46.79 | 957.10 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,711.28 | 2,451.01 | 529.67 | 259.19 | 1,922.42 |
| YTD: | 47,026.36 | 41,185.13 | 8,415.99 | 5,619.29 | 32,991.08 |

## PAID TIME OFF BALANCE INFORMATION

| Balance Type | Earned | Available | Taken |
|---|---|---|---|
| Paid Time Off | 31.61 | 17.15 | 25.00 |
| Floating Holiday | 10.00 | | 10.00 |

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXXX153 | 1,922.42 |
| Total: | | 1,922.42 |



**United Natural Foods, Inc.**
1 Albion Rd, Lincoln, RI 02865

**Keith D Dumont**
436 C Street
Carlisle, PA 17013

SSN: XXX-XX-7782

| | | |
|---|---|---|
| Pay Group: | DHN-460 - Dist Hrly Non-Exempt | |
| Pay Begin Date: | 05/12/2024 | |
| Pay End Date: | 05/18/2024 | |
| Employee ID: | 1706 | |
| Department: | 0001050361-Transportn | |
| Location: | 37811-UNFI - Yor | |
| Pay Rate: | $30.500000 Hourly | |

Phone: 800/969-9688

| | | |
|---|---|---|
| Business Unit: | SCMFL | |
| Advice #: | 4533 | |
| Advice Date: | 05/24/2024 | |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 3 | N/A |
| Percent: | N/A | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Drivers | 30.500000 | 40.00 | 1,220.00 | 835.80 | 25,371.91 |
| Overtime Rate @ 1.5x | 45.850592 | 13.52 | 619.90 | 295.64 | 13,565.91 |
| Cell Phone Expense | | | 25.00 | | 125.00 |
| Premium @ $3.50 | 3.500000 | 3.08 | 10.78 | 30.33 | 106.18 |
| Expense Per Diem | | | 40.00 | | 1,050.00 |
| DC Success Sharing Plan | | | 0.00 | | 269.74 |
| National Holiday | | | 0.00 | 20.00 | 600.00 |
| On Call - Dollars | | | 0.00 | | 50.00 |
| PTO Hourly | | | 0.00 | 85.38 | 2,604.09 |
| Premium @ $5.25 | | | 0.00 | 109.00 | 572.25 |
| **Total:** | | **53.52** | **1,915.68** | | **44,315.08** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 120.29 | 3,065.13 |
| Fed MED/EE | 23.78 | 561.64 |
| Fed OASDI/EE | 101.71 | 2,401.52 |
| PA Unempl EE | 1.30 | 30.20 |
| PA Withholdng | 50.30 | 1,187.80 |
| PA CONEWAGO TWP WH | 26.21 | 619.03 |
| PA LS | 1.00 | 21.00 |
| **Total:** | **324.59** | **7,886.32** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 180.78 | 3,786.48 |
| Dental Before Tax | 13.84 | 289.93 |
| Vision Before Tax | 7.78 | 163.38 |
| Tobacco EE Pre-Tax Ded | 10.00 | 210.00 |
| **Total:** | **212.40** | **4,449.79** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 358.54 | 7,513.53 |
| Dental Before Tax | 11.05 | 232.77 |
| Employee Assistance Program | 0.22 | 4.62 |
| Basic Life Insurance | 1.42 | 29.70 |
| Basic Life Insurance* | 2.13 | 43.83 |
| Basic AD&D | 0.22 | 4.62 |
| * Taxable | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Optional Term Life-Associate | 30.77 | 579.43 |
| Optional Term Life Children | 0.28 | 5.88 |
| Optional AD&D | 2.36 | 49.32 |
| Optional Term Life Spouse | 5.63 | 118.23 |
| Long Term Disability | 7.75 | 157.45 |
| **Total:** | **46.79** | **910.31** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,915.68 | 1,640.41 | 324.59 | 259.19 | 1,331.90 |
| YTD: | 44,315.08 | 38,734.12 | 7,886.32 | 5,360.10 | 31,068.66 |

### PAID TIME OFF BALANCE INFORMATION

| Balance Type | Earned | Available | Taken |
|---|---|---|---|
| Paid Time Off | 26.35 | 36.89 | |
| Floating Holiday | 10.00 | | 10.00 |

### NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXXX153 | 1,331.90 |
| **Total:** | | **1,331.90** |



United Natural Foods, Inc.
1 Albion Rd, Lincoln, RI 02865

**Keith D Dumont**
436 C Street
Carlisle, PA 17013

SSN: XXX-XX-7782

| | |
|---|---|
| Pay Group: | DHN-460 - Dist Hrly Non-Exempt |
| Pay Begin Date: | 05/05/2024 |
| Pay End Date: | 05/11/2024 |
| Employee ID: | 706 |
| Department: | 0001050361-Transportn |
| Location: | 37811-UNFI - Yor |
| Pay Rate: | $30.500000 Hourly |

| | | |
|---|---|---|
| Business Unit: | SCMFL | |
| Advice #: | 1409 | |
| Advice Date: | 05/17/2024 | |
| TAX DATA: | Federal | PA State |
| Tax Status: | Married | N/A |
| Allowances: | 3 | N/A |
| Percent: | N/A | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Drivers | 30.500000 | 40.00 | 1,220.00 | 795.80 | 24,151.91 |
| Overtime Rate @ 1.5x | 46.101288 | 11.65 | 537.08 | 282.12 | 12,946.01 |
| Premium @ $5.25 | 5.250000 | 6.90 | 36.23 | 109.00 | 572.25 |
| Expense Per Diem | | | 50.00 | | 1,010.00 |
| Cell Phone Expense | | | 0.00 | | 100.00 |
| DC Success Sharing Plan | | | 0.00 | | 269.74 |
| National Holiday | | | 0.00 | 20.00 | 600.00 |
| On Call - Dollars | | | 0.00 | | 50.00 |
| PTO Hourly | | | 0.00 | 85.38 | 2,604.09 |
| Premium @ $3.50 | | | 0.00 | 27.25 | 95.40 |
| **Total:** | | **51.65** | **1,843.31** | | **42,399.40** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 113.40 | 2,944.84 |
| Fed MED/EE | 22.96 | 537.86 |
| Fed OASDI/EE | 98.15 | 2,299.81 |
| PA Unempl EE | 1.25 | 28.90 |
| PA Withholdng | 48.53 | 1,137.50 |
| PA CONEWAGO TWP WH | 25.29 | 592.82 |
| PA LS | 1.00 | 20.00 |
| **Total:** | **310.58** | **7,561.73** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 180.78 | 3,605.70 |
| Dental Before Tax | 13.84 | 276.09 |
| Vision Before Tax | 7.78 | 155.60 |
| Tobacco EE Pre-Tax Ded | 10.00 | 200.00 |
| **Total:** | **212.40** | **4,237.39** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 358.54 | 7,154.99 |
| Dental Before Tax | 11.05 | 221.72 |
| Employee Assistance Program | 0.22 | 4.40 |
| Basic Life Insurance | 1.42 | 28.28 |
| Basic Life Insurance* | 2.13 | 41.70 |
| Basic AD&D | 0.22 | 4.40 |
| * Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Optional Term Life-Associate | 30.77 | 548.66 |
| Optional Term Life Children | 0.28 | 5.60 |
| Optional AD&D | 2.36 | 46.96 |
| Optional Term Life Spouse | 5.63 | 112.60 |
| Long Term Disability | 7.75 | 149.70 |
| **Total:** | **46.79** | **863.52** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,843.31 | 1,583.04 | 310.58 | 259.19 | 1,273.54 |
| YTD: | 42,399.40 | 37,093.71 | 7,561.73 | 5,100.91 | 29,736.76 |

## PAID TIME OFF BALANCE INFORMATION

| Balance Type | Earned | Available | Taken |
|---|---|---|---|
| Paid Time Off | 21.08 | 31.62 | |
| Floating Holiday | 10.00 | | 10.00 |

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXXX153 | 1,273.54 |
| **Total:** | | **1,273.54** |



United Natural Foods, Inc.
1 Albion Rd, Lincoln, RI 02865

Pay Group: DHN-460 - Dist Hrly Non-Exempt
Pay Begin Date: 04/28/2024
Pay End Date: 05/04/2024

Business Unit: SCMFL
Advice #: 09207
Advice Date: 05/10/2024

**Keith D Dumont**
436 C Street
Carlisle, PA 17013

SSN: XXX-XX-7782

Employee ID: 1706
Department: 0001050361-Transportn
Location: 37811-UNFI - Yor
Pay Rate: $30.500000 Hourly

TAX DATA: Federal | PA State
Tax Status: Married | N/A
Allowances: 3 | N/A
Percent: N/A
Addl. Amt.:

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Drivers | 30.500000 | 40.00 | 1,220.00 | 755.80 | 22,931.91 |
| Overtime Rate @ 1.5x | 46.089286 | 24.64 | 1,135.64 | 270.47 | 12,408.93 |
| Premium @ $5.25 | 5.250000 | 7.40 | 38.85 | 102.10 | 536.02 |
| Expense Per Diem | | | 50.00 | | 960.00 |
| Premium @ $3.50 | 3.500000 | 1.43 | 5.01 | 27.25 | 95.40 |
| Cell Phone Expense | | | 0.00 | | 100.00 |
| DC Success Sharing Plan | | | 0.00 | | 269.74 |
| National Holiday | | | 0.00 | 20.00 | 600.00 |
| On Call - Dollars | | | 0.00 | | 50.00 |
| PTO Hourly | | | 0.00 | 85.38 | 2,604.09 |
| Total: | | 64.64 | 2,449.50 | | 40,556.09 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 186.14 | 2,831.44 |
| Fed MED/EE | 31.74 | 514.90 |
| Fed OASDI/EE | 135.73 | 2,201.66 |
| PA Unempl EE | 1.68 | 27.65 |
| PA Withholdng | 67.14 | 1,088.97 |
| PA CONEWAGO TWP WH | 34.99 | 567.53 |
| PA LS | 1.00 | 19.00 |
| Total: | 458.42 | 7,251.15 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 180.78 | 3,424.92 |
| Dental Before Tax | 13.84 | 262.25 |
| Vision Before Tax | 7.78 | 147.82 |
| Tobacco EE Pre-Tax Ded | 10.00 | 190.00 |
| Total: | 212.40 | 4,024.99 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 358.54 | 6,796.45 |
| Dental Before Tax | 11.05 | 210.67 |
| Employee Assistance Program | 0.22 | 4.18 |
| Basic Life Insurance | 1.42 | 26.86 |
| Basic Life Insurance* | 2.13 | 39.57 |
| Basic AD&D | 0.22 | 4.18 |
| * Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Optional Term Life-Associate | 30.77 | 517.89 |
| Optional Term Life Children | 0.28 | 5.32 |
| Optional AD&D | 2.36 | 44.60 |
| Optional Term Life Spouse | 5.63 | 106.97 |
| Long Term Disability | 7.75 | 141.95 |
| Total: | 46.79 | 816.73 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,449.50 | 2,189.23 | 458.42 | 259.19 | 1,731.89 |
| YTD: | 40,556.09 | 35,510.67 | 7,251.15 | 4,841.72 | 28,463.22 |

## PAID TIME OFF BALANCE INFORMATION

| Balance Type | Earned | Available | Taken |
|---|---|---|---|
| Paid Time Off | 15.81 | 26.35 | |
| Floating Holiday | 10.00 | | 10.00 |

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXXX153 | 1,731.89 |
| Total: | | 1,731.89 |



United Natural Foods, Inc.
1 Albion Rd, Lincoln, RI 02865

Keith D Dumont
436 C Street
Carlisle, PA 17013

SSN: XXX-XX-7782

| | | Pay Group: | DHN-460 - Dist Hrly Non-Exempt | Business Unit: SCMFL |
|---|---|---|---|---|
| | | Pay Begin Date: | 04/21/2024 | Advice #: 85899 |
| | | Pay End Date: | 04/27/2024 | Advice Date: 05/03/2024 |
| Employee ID: | 1706 | | | TAX DATA: Federal PA State |
| Department: | 0001050361-Transportn | | | Tax Status: Married N/A |
| Location: | 37811-UNFI - Yor | | | Allowances: 3 N/A |
| Pay Rate: | S30.500000 Hourly | | | Percent: N/A |
| | | | | Addl. Amt.: |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Drivers | 30.500000 | 46.00 | 1,403.00 | 715.80 | 21,711.91 |
| Overtime Rate @ 1.5x | 46.088000 | 8.75 | 403.27 | 245.83 | 11,273.29 |
| Premium @ S5.25 | 5.250000 | 7.05 | 37.01 | 94.70 | 497.17 |
| Expense Per Diem | | | 95.00 | | 910.00 |
| Cell Phone Expense | | | 0.00 | | 100.00 |
| DC Success Sharing Plan | | | 0.00 | | 269.74 |
| National Holiday | | | 0.00 | 20.00 | 600.00 |
| On Call - Dollars | | | 0.00 | | 50.00 |
| PTO Hourly | | | 0.00 | 85.38 | 2,604.09 |
| Premium @ S3.50 | | | 0.00 | 25.82 | 90.39 |
| Total: | | 54.75 | 1,938.28 | | 38,106.59 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 119.40 | 2,645.30 |
| Fed MED/EE | 23.68 | 483.16 |
| Fed OASDI/EE | 101.25 | 2,065.93 |
| PA Unempl EE | 1.29 | 25.97 |
| PA Withholdng | 50.07 | 1,021.83 |
| PA CONEWAGO TWP WH | 26.09 | 532.54 |
| PA LS | 1.00 | 18.00 |
| Total: | 322.78 | 6,792.73 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 180.78 | 3,244.14 |
| Dental Before Tax | 13.84 | 248.41 |
| Vision Before Tax | 7.78 | 140.04 |
| Tobacco EE Pre-Tax Ded | 10.00 | 180.00 |
| Total: | 212.40 | 3,812.59 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 358.54 | 6,437.91 |
| Dental Before Tax | 11.05 | 199.62 |
| Employee Assistance Program | 0.22 | 3.96 |
| Basic Life Insurance | 1.42 | 25.44 |
| Basic Life Insurance* | 2.13 | 37.44 |
| Basic AD&D | 0.22 | 3.96 |
| * Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Optional Term Life-Associate | 30.77 | 487.12 |
| Optional Term Life Children | 0.28 | 5.04 |
| Optional AD&D | 2.36 | 42.24 |
| Optional Term Life Spouse | 5.63 | 101.34 |
| Long Term Disability | 7.75 | 134.20 |
| Total: | 46.79 | 769.94 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,938.28 | 1,633.01 | 322.78 | 259.19 | 1,356.31 |
| YTD: | 38,106.59 | 33,321.44 | 6,792.73 | 4,582.53 | 26,731.33 |

## PAID TIME OFF BALANCE INFORMATION

| Balance Type | Earned | Available | Taken |
|---|---|---|---|
| Paid Time Off | 10.54 | 21.08 | |
| Floating Holiday | 10.00 | | 10.00 |

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXXX153 | 1,356.31 |
| Total: | | 1,356.31 |



United Natural Foods, Inc.  
1 Albion Rd, Lincoln, RI 02865

| | | |
|---|---|---|
| Pay Group: | DHN-460 - Dist Hrly Non-Exempt | Business Unit: SCMFL |
| Pay Begin Date: | 04/14/2024 | Advice #: ███████63776 |
| Pay End Date: | 04/20/2024 | Advice Date: 04/26/2024 |

Keith D Dumont  
436 C Street  
Carlisle, PA 17013  
SSN: XXX-XX-7782

Employee ID: ███1706  
Department: 0001050361-Transportn  
Location: 37811-UNFI - Yor  
Pay Rate: $30.500000 Hourly

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 3 | N/A |
| Percent: | | N/A |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Drivers | 30.500000 | 42.00 | 1,281.00 | 669.80 | 20,308.91 |
| Overtime Rate @ 1.5x | 46.250820 | 21.33 | 986.53 | 237.08 | 10,870.02 |
| Cell Phone Expense | | | 25.00 | | 100.00 |
| Premium @ $5.25 | 5.250000 | 12.08 | 63.42 | 87.65 | 460.16 |
| Expense Per Diem | | | 65.00 | | 815.00 |
| DC Success Sharing Plan | | | 0.00 | | 269.74 |
| National Holiday | | | 0.00 | 20.00 | 600.00 |
| On Call - Dollars | | | 0.00 | | 50.00 |
| PTO Hourly | | | 0.00 | 85.38 | 2,604.09 |
| Premium @ $3.50 | | | 0.00 | 25.82 | 90.39 |
| **Total:** | | **63.33** | **2,420.95** | | **36,168.31** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 177.92 | 2,525.90 |
| Fed MED/EE | 30.75 | 459.48 |
| Fed OASDI/EE | 131.48 | 1,964.68 |
| PA Unempl EE | 1.63 | 24.68 |
| PA Withholdng | 65.04 | 971.76 |
| PA CONEWAGO TWP WH | 33.90 | 506.45 |
| PA LS | 1.00 | 17.00 |
| **Total:** | **441.72** | **6,469.95** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 180.78 | 3,063.36 |
| Dental Before Tax | 13.84 | 234.57 |
| Vision Before Tax | 7.78 | 132.26 |
| Tobacco EE Pre-Tax Ded | 10.00 | 170.00 |
| **Total:** | **212.40** | **3,600.19** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 358.54 | 6,079.37 |
| Dental Before Tax | 11.05 | 188.57 |
| Employee Assistance Program | 0.22 | 3.74 |
| Basic Life Insurance | 1.42 | 24.02 |
| Basic Life Insurance* | 2.13 | 35.31 |
| Basic AD&D | 0.22 | 3.74 |
| * Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Optional Term Life-Associate | 30.77 | 456.35 |
| Optional Term Life Children | 0.28 | 4.76 |
| Optional AD&D | 2.36 | 39.88 |
| Optional Term Life Spouse | 5.63 | 95.71 |
| Long Term Disability | 7.75 | 126.45 |
| **Total:** | **46.79** | **723.15** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,420.95 | 2,120.68 | 441.72 | 259.19 | 1,720.04 |
| YTD: | 36,168.31 | 31,688.43 | 6,469.95 | 4,323.34 | 25,375.02 |

## PAID TIME OFF BALANCE INFORMATION

| Balance Type | Earned | Available | Taken |
|---|---|---|---|
| Paid Time Off | 5.27 | 15.81 | |
| Floating Holiday | 10.00 | | 10.00 |

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXXX153 | 1,720.04 |
| **Total:** | | **1,720.04** |



United Natural Foods, Inc.
1 Albion Rd. Lincoln, RI 02865

Keith D Dumont
436 C Street
Carlisle, PA 17013

SSN: XXX-XX-7782

| Pay Group: | DHN-460 - Dist Hrly Non-Exempt |
| --- | --- |
| Pay Begin Date: | 04/07/2024 |
| Pay End Date: | 04/13/2024 |
| Employee ID: | 1706 |
| Department: | 0001050361-Transportn |
| Location: | 37811-UNFI - Yor |
| Pay Rate: | $30.500000 Hourly |

| Business Unit: SCMFL | |
| --- | --- |
| Advice #: | 0583 |
| Advice Date: | 04/19/2024 |

| TAX DATA: | Federal | PA State |
| --- | --- | --- |
| Tax Status: | Married | N/A |
| Allowances: | 3 | N/A |
| Percent: | N/A | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
| --- | --- | --- | --- | --- | --- |
| Regular Drivers | 30.500000 | 40.00 | 1,220.00 | 627.80 | 19,027.91 |
| Overtime Rate @ 1.5x | 46.248233 | 24.05 | 1,112.27 | 215.75 | 9,883.49 |
| Premium @ $5.25 | 5.250000 | 12.15 | 63.79 | 75.57 | 396.74 |
| Expense Per Diem | | | 65.00 | | 750.00 |
| Cell Phone Expense | | | 0.00 | | 75.00 |
| DC Success Sharing Plan | | | 0.00 | | 269.74 |
| National Holiday | | | 0.00 | 20.00 | 600.00 |
| On Call - Dollars | | | 0.00 | | 50.00 |
| PTO Hourly | | | 0.00 | 85.38 | 2,604.09 |
| Premium @ $3.50 | | | 0.00 | 25.82 | 90.39 |
| Total: | | 64.05 | 2,461.06 | | 33,747.36 |

## TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholdng | 185.73 | 2,347.98 |
| Fed MED/EE | 31.69 | 428.73 |
| Fed OASDI/EE | 135.52 | 1,833.20 |
| PA Unempl EE | 1.68 | 23.05 |
| PA Withholdng | 67.04 | 906.72 |
| PA CONEWAGO TWP WH | 34.94 | 472.55 |
| PA LS | 1.00 | 16.00 |
| Total: | 457.60 | 6,028.23 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Medical Plan - Before Tax | 180.78 | 2,882.58 |
| Dental Before Tax | 13.84 | 220.73 |
| Vision Before Tax | 7.78 | 124.48 |
| Tobacco EE Pre-Tax Ded | 10.00 | 160.00 |
| Total: | 212.40 | 3,387.79 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
| --- | --- | --- |
| Medical Plan - Before Tax | 358.54 | 5,720.83 |
| Dental Before Tax | 11.05 | 177.52 |
| Employee Assistance Program | 0.22 | 3.52 |
| Basic Life Insurance | 1.42 | 22.60 |
| Basic Life Insurance* | 2.13 | 33.18 |
| Basic AD&D | 0.22 | 3.52 |
| * Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Optional Term Life-Associate | 30.77 | 425.58 |
| Optional Term Life Children | 0.28 | 4.48 |
| Optional AD&D | 2.36 | 37.52 |
| Optional Term Life Spouse | 5.63 | 90.08 |
| Long Term Disability | 7.75 | 118.70 |
| Total: | 46.79 | 676.36 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current: | 2,461.06 | 2,185.79 | 457.60 | 259.19 | 1,744.27 |
| YTD: | 33,747.36 | 29,567.75 | 6,028.23 | 4,064.15 | 23,654.98 |

## PAID TIME OFF BALANCE INFORMATION

| Balance Type | Earned | Available | Taken |
| --- | --- | --- | --- |
| Paid Time Off | 273.99 | 10.54 | 268.72 |
| Floating Holiday | 10.00 | | 10.00 |

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
| --- | --- | --- |
| Checking | XXXXXXXXXXX153 | 1,744.27 |
| Total: | | 1,744.27 |



**United Natural Foods, Inc.**
1 Albion Rd, Lincoln, RI 02865

Keith D Dumont
436 C Street
Carlisle, PA 17013

SSN: XXX-XX-7782

| | |
|---|---|
| Pay Group: | DHN-460 - Dist Hrly Non-Exempt |
| Pay Begin Date: | 03/31/2024 |
| Pay End Date: | 04/06/2024 |
| Employee ID: ●1706 | |
| Department: | 0001050361-Transportn |
| Location: | 37811-UNFI - Yor |
| Pay Rate: | $30.500000 Hourly |

| | | |
|---|---|---|
| Business Unit: SCMFL | | |
| Advice #: | ●●●●●●●●8319 | |
| Advice Date: | 04/12/2024 | |
| TAX DATA: | Federal | PA State |
| Tax Status: | Married | N/A |
| Allowances: | 3 | N/A |
| Percent: | N/A | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Drivers | 30.500000 | 35.07 | 1,069.64 | 587.80 | 17,807.91 |
| Expense Per Diem | | | 30.00 | | 685.00 |
| PTO Hourly | 30.500000 | 16.88 | 514.84 | 85.38 | 2,604.09 |
| Cell Phone Expense | | | 0.00 | | 75.00 |
| DC Success Sharing Plan | | | 0.00 | | 269.74 |
| National Holiday | | | 0.00 | 20.00 | 600.00 |
| On Call - Dollars | | | 0.00 | | 50.00 |
| Overtime Rate @ 1.5x | | | 0.00 | 191.70 | 8,771.22 |
| Premium @ $3.50 | | | 0.00 | 25.82 | 90.39 |
| Premium @ $5.25 | | | 0.00 | 63.42 | 332.95 |
| Total: | | 35.07 | 1,614.48 | | 31,286.30 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 88.34 | 2,162.25 |
| Fed MED/EE | 19.93 | 397.04 |
| Fed OASDI/EE | 85.20 | 1,697.68 |
| PA Uncmpl EE | 1.11 | 21.37 |
| PA Withholdng | 42.12 | 839.68 |
| PA CONEWAGO TWP WH | 21.95 | 437.61 |
| PA LS | 1.00 | 15.00 |
| Total: | 259.65 | 5,570.63 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 180.78 | 2,701.80 |
| Dental Before Tax | 13.84 | 206.89 |
| Vision Before Tax | 7.78 | 116.70 |
| Tobacco EE Pre-Tax Ded | 10.00 | 150.00 |
| Total: | 212.40 | 3,175.39 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 358.54 | 5,362.29 |
| Dental Before Tax | 11.05 | 166.47 |
| Employee Assistance Program | 0.22 | 3.30 |
| Basic Life Insurance | 1.42 | 21.18 |
| Basic Life Insurance* | 2.13 | 31.05 |
| Basic AD&D | 0.22 | 3.30 |
| * Taxable | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Optional Term Life-Associate | 30.77 | 394.81 |
| Optional Term Life Children | 0.28 | 4.20 |
| Optional AD&D | 2.36 | 35.16 |
| Optional Term Life Spouse | 5.63 | 84.45 |
| Long Term Disability | 7.75 | 110.95 |
| Total: | 46.79 | 629.57 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,614.48 | 1,374.21 | 259.65 | 259.19 | 1,095.64 |
| YTD: | 31,286.30 | 27,381.96 | 5,570.63 | 3,804.96 | 21,910.71 |

### PAID TIME OFF BALANCE INFORMATION

| Balance Type | Earned | Available | Taken |
|---|---|---|---|
| Paid Time Off | 268.72 | 5.27 | 268.72 |
| Floating Holiday | 10.00 | | 10.00 |

### NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXXX153 | 1,095.64 |
| Total: | | 1,095.64 |



United Natural Foods, Inc.
1 Albion Rd, Lincoln, RI 02865

**Keith D Dumont**
436 C Street
Carlisle, PA 17013

SSN: XXX-XX-7782

| Pay Group: | DHN-460 - Dist Hrly Non-Exempt | Business Unit: SCMFL |
|---|---|---|
| Pay Begin Date: | 03/24/2024 | Advice #: 5241 |
| Pay End Date: | 03/30/2024 | Advice Date: 04/05/2024 |
| Employee ID: 706 | | |
| Department: | 0001050361-Transportn | |
| Location: | 37811-UNFI - Yor | |
| Pay Rate: | $30.500000 Hourly | |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 3 | N/A |
| Percent: | N/A | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Drivers | 30.500000 | 40.00 | 1,220.00 | 552.73 | 16,738.27 |
| Overtime Rate @ 1.5x | 46.343277 | 21.79 | 1,009.82 | 191.70 | 8,771.22 |
| Premium @ $5.25 | | 12.27 | 64.42 | 63.42 | 332.95 |
| Expense Per Diem | | | 50.00 | | 655.00 |
| Premium @ $3.50 | | 2.55 | 8.93 | 25.82 | 90.39 |
| Cell Phone Expense | | | 0.00 | | 75.00 |
| DC Success Sharing Plan | | | 0.00 | | 269.74 |
| National Holiday | | | 0.00 | 20.00 | 600.00 |
| On Call - Dollars | | | 0.00 | | 50.00 |
| PTO Hourly | | | 0.00 | 68.50 | 2,089.25 |
| Total: | | 61.79 | 2,353.17 | | 29,671.82 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 174.58 | 2,073.91 |
| Fed MED/EE | 30.34 | 377.11 |
| Fed OASDI/EE | 129.76 | 1,612.48 |
| PA Unempl EE | 1.61 | 20.26 |
| PA Withholdng | 64.19 | 797.56 |
| PA CONEWAGO TWP WH | 33.45 | 415.66 |
| PA LS | 1.00 | 14.00 |
| Total: | 434.93 | 5,310.98 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 180.78 | 2,521.02 |
| Dental Before Tax | 13.84 | 193.05 |
| Vision Before Tax | 7.78 | 108.92 |
| Tobacco EE Pre-Tax Ded | 10.00 | 140.00 |
| Total: | 212.40 | 2,962.99 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 358.54 | 5,003.75 |
| Dental Before Tax | 11.05 | 155.42 |
| Employee Assistance Program | 0.22 | 3.08 |
| Basic Life Insurance | 1.42 | 19.76 |
| Basic Life Insurance* | 2.13 | 28.92 |
| Basic AD&D | 0.22 | 3.08 |
| * Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Optional Term Life-Associate | 30.77 | 364.04 |
| Optional Term Life Children | 0.28 | 3.92 |
| Optional AD&D | 2.36 | 32.80 |
| Optional Term Life Spouse | 5.63 | 78.82 |
| Long Term Disability | 7.75 | 103.20 |
| Total: | 46.79 | 582.78 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,353.17 | 2,092.90 | 434.93 | 259.19 | 1,659.05 |
| YTD: | 29,671.82 | 26,007.75 | 5,310.98 | 3,545.77 | 20,815.07 |

## PAID TIME OFF BALANCE INFORMATION

| Balance Type | Earned | Available | Taken |
|---|---|---|---|
| Paid Time Off | 263.45 | 16.88 | 251.84 |
| Floating Holiday | 10.00 | | 10.00 |

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXXX153 | 1,659.05 |
| Total: | | 1,659.05 |



United Natural Foods, Inc.
1 Albion Rd, Lincoln, RI 02865

Keith D Dumont
436 C Street
Carlisle, PA 17013

SSN: XXX-XX-7782

| Pay Group: | DHN-460 - Dist Hrly Non-Exempt |
|---|---|
| Pay Begin Date: | 03/17/2024 |
| Pay End Date: | 03/23/2024 |
| Employee ID: | ####1706 |
| Department: | 0001050361-Transportn |
| Location: | 37811-UNFI - Yor |
| Pay Rate: | $30.500000 Hourly |

| Business Unit: | SCMFL |
|---|---|
| Advice #: | #######73073 |
| Advice Date: | 03/29/2024 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 3 | N/A |
| Percent: | | N/A |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Drivers | 30.500000 | 40.00 | 1,220.00 | 512.73 | 15,518.27 |
| Overtime Rate @ 1.5x | 46.555242 | 17.74 | 825.89 | 169.91 | 7,761.40 |
| Premium @ $5.25 | | 7.32 | 38.43 | 51.15 | 268.53 |
| PTO Hourly | 30.500000 | 10.00 | 305.00 | 68.50 | 2,089.25 |
| On Call - Dollars | | | 50.00 | | 50.00 |
| Expense Per Diem | | | 50.00 | | 605.00 |
| Premium @ $3.50 | | 1.30 | 4.55 | 23.27 | 81.46 |
| Cell Phone Expense | | | 0.00 | | 75.00 |
| DC Success Sharing Plan | | | 0.00 | | 269.74 |
| National Holiday | | | 0.00 | 20.00 | 600.00 |
| Total: | | 57.74 | 2,493.87 | | 27,318.65 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 191.47 | 1,899.33 |
| Fed MED/EE | 32.39 | 346.77 |
| Fed OASDI/EE | 138.48 | 1,482.72 |
| PA Unempl EE | 1.71 | 18.65 |
| PA Withholdng | 68.51 | 733.37 |
| PA CONEWAGO TWP WH | 35.70 | 382.21 |
| PA LS | 1.00 | 13.00 |
| Total: | 469.26 | 4,876.05 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 180.78 | 2,340.24 |
| Dental Before Tax | 13.84 | 179.21 |
| Vision Before Tax | 7.78 | 101.14 |
| Tobacco EE Pre-Tax Ded | 10.00 | 130.00 |
| Total: | 212.40 | 2,750.59 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 358.54 | 4,645.21 |
| Dental Before Tax | 11.05 | 144.37 |
| Employee Assistance Program | 0.22 | 2.86 |
| Basic Life Insurance | 1.42 | 18.34 |
| Basic Life Insurance* | 2.13 | 26.79 |
| Basic AD&D | 0.22 | 2.86 |
| * Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Optional Term Life-Associate | 30.77 | 333.27 |
| Optional Term Life Children | 0.28 | 3.64 |
| Optional AD&D | 2.36 | 30.44 |
| Optional Term Life Spouse | 5.63 | 73.19 |
| Long Term Disability | 7.75 | 95.45 |
| Total: | 46.79 | 535.99 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,493.87 | 2,233.60 | 469.26 | 259.19 | 1,765.42 |
| YTD: | 27,318.65 | 23,914.85 | 4,876.05 | 3,286.58 | 19,156.02 |

## PAID TIME OFF BALANCE INFORMATION

| Balance Type | Earned | Available | Taken |
|---|---|---|---|
| Paid Time Off | 258.18 | 11.61 | 251.84 |
| Floating Holiday | 10.00 | | 10.00 |

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXXX153 | 1,765.42 |
| Total: | | 1,765.42 |