In re:  Case No. 24-01464-HWV
Keith David Dumont  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Aug 16, 2024     Form ID: ntcnfhrg     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keith David Dumont, 436 C Street, Carlisle, PA 17013-1833 |
| 5632933 | + | Ally Financial, PO Box 71119, Charlotte, NC 28272-1119 |
| 5623767 | + | Blue Mountain Anesthesia Group c/o, National Recovery Agency 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5632938 | + | Cynthia M. Dumont, 436 C Street, Carlisle, PA 17013-1833 |
| 5623772 | + | Edmund Oil, 501 Shatto Drive, Carlisle, PA 17013-2108 |
| 5623764 | + | Erik M. Helbing, 109 West Broad Street, Tamaqua, PA 18252-1916 |
| 5623777 | + | Lendmark Financial, 1075 Harrisburg Pike Suit 102, Carlisle, PA 17013-1689 |
| 5623778 | + | Mariner Finance, 40 Noble Blvd Suit 22, Carlisle, PA 17013-4122 |
| 5632947 | + | Resurgent Receivables/CIT Bank/Dell, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5623765 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 16 2024 18:38:00 | Ally Bank, Detroit Center 500 Woodward Ave, Deroit, MI 48226-3416 |
| 5624363 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 16 2024 18:46:58 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5644276 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 16 2024 18:46:59 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5623766 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 16 2024 18:38:00 | Ally Financial, P.O. BOX 380901, Minneapolis, MN 55438-0901 |
| 5632932 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 16 2024 18:38:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 5623769 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2024 18:46:47 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5623768 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2024 18:46:58 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 5627353 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2024 18:46:53 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5623771 | + | Email/Text: documentfiling@lciinc.com | Aug 16 2024 18:38:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 5633043 | + | Email/Text: bankruptcyreports@wakeassoc.com | Aug 16 2024 18:38:00 | DBA US Digestive Health, c/o Wakefield & Associates, LLC, PO BOX 58, FORT MORGAN CO 80701-0058 |
| 5645186 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 16 2024 18:39:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 65250, Salt Lake City UT 84165-0250 |
| 5623773 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 16 2024 18:38:00 | Internal Revenue Service, Bankruptcy Notices P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5631547 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 16 2024 18:38:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5623774 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 16 2024 18:38:00 | Jefferson Capital System, 200 14th Ave, Sartell, MN 56377-4500 |
| 5623775 | ^ | MEBN | Aug 16 2024 18:35:31 | KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 5623776 | | Email/Text: bk@lendmarkfinancial.com | Aug 16 2024 18:38:00 | Lendmark, 2118 Usher St, Covington, GA 30014 |
| 5630708 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 16 2024 18:38:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5623779 | + | Email/PDF: cbp@omf.com | Aug 16 2024 18:46:53 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5629075 | + | Email/PDF: cbp@omf.com | Aug 16 2024 18:46:58 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5623780 | ^ | MEBN | Aug 16 2024 18:35:29 | Prestige, 351 West Opportunity Way, Draper, UT 84020-1399 |
| 5623781 | ^ | MEBN | Aug 16 2024 18:35:15 | Prestige Financial, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 5624409 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 16 2024 18:46:48 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5623782 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 16 2024 18:39:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5623783 | ^ | MEBN | Aug 16 2024 18:36:06 | UPMC, PO BOX 2353, Harrisburg, PA 17105-2353 |
| 5644309 | | Email/PDF: ebn_ais@aisinfo.com | Aug 16 2024 18:46:53 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5623784 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 16 2024 18:38:00 | Webbank Fingerhut, 13300 Poineer Trail, Eden Prairie, MN 55347-4120 |
| 5623785 | + | Email/Text: documentfiling@lciinc.com | Aug 16 2024 18:38:00 | Xfinity, 676 Island Pond Rd, Manchester, NH 03109-5420 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5623770 | | Capital One |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5632931 | *+ | Ally Financial, P.O. BOX 380901, Minneapolis, MN 55438-0901 |
| 5632934 | *+ | Blue Mountain Anesthesia Group c/o, National Recovery Agency 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5632936 | *+ | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5632935 | *+ | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 5632937 | *+ | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 5632939 | *+ | Edmund Oil, 501 Shatto Drive, Carlisle, PA 17013-2108 |
| 5632930 | *+ | Erik M. Helbing, 109 West Broad Street, Tamaqua, PA 18252-1916 |
| 5632940 | * | Internal Revenue Service, Bankruptcy Notices P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5632941 | *+ | Jefferson Capital System, 200 14th Ave, Sartell, MN 56377-4500 |
| 5632942 | *+ | KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 5632943 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark, 2118 Usher St, Covington, GA 30014 |

| | | |
|---|---|---|
| 5632944 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5632945 | *+ | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5632946 | *+ | Prestige Financial, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 5632948 | *+ | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5632949 | *+ | UPMC, PO BOX 2353, Harrisburg, PA 17105-2353 |
| 5632950 | *+ | Webbank Fingerhut, 13300 Poineer Trail, Eden Prairie, MN 55347-4120 |
| 5632951 | *+ | Xfinity, 676 Island Pond Rd, Manchester, NH 03109-5420 |

TOTAL: 1 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2024           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 blemon@kmllawgroup.com |
| Erik Mark Helbing | on behalf of Debtor 1 Keith David Dumont ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com;helbing.erikb132500@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Keith David Dumont,

**Debtor 1**

Chapter 13

Case No. 1:24−bk−01464−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 18, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: September 25, 2024 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 16, 2024 |

ntcnfhrg (08/21)